# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

KYLVOSKI SIMPSON,                      *
                                       *
      Plaintiff,                 *      CIVIL ACTION NO.: 5:21-cv-32
                                       *
   v.                             *
                                       *
JOHN RUMKER, et al.,                   *
                                       *
      Defendant.                 *

## O R D E R

Presently before the Court is Plaintiff's Motion for Reconsideration.  Dkt. No. 17.  According to Plaintiff, this Court erroneously concluded prosecutorial immunity applies to his claims against Defendants Rumker and Sansot.  Id.

A motion for reconsideration, or a Federal Rule of Civil Procedure 59(e) motion, is "an extraordinary remedy, to be employed sparingly."  Smith ex rel. Smith v. Augusta-Richmond County, No. CV 110-126, 2012 WL 1355575, at *1 (S.D. Ga. Apr. 18, 2012) (internal citation omitted).  "A movant must set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision."  Id. (internal citation omitted).  "The only grounds for granting a Rule 59 motion are newly-discovered evidence or manifest errors of law or fact."

Jacobs v. Tempur-Pedic Intern., Inc., 626 F.3d 1327, 1344 (11th Cir. 2010) (quoting In re Kellogg, 197 F.3d 1116, 1119 (11th Cir. 1999) (internal punctuation omitted)).  "A Rule 59(e) motion cannot be used to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment."  Id. (quoting Michael Linet, Inc. v. Village of Wellington, 408 F.3d 757, 763 (11th Cir. 2005) (alterations omitted)).

The Court discerns no reason to grant Plaintiff's Motion. He fails to present any newly-discovered evidence revealing this Court's previously entered Order represents a manifest error of law or fact.  The Court determined Defendants' alleged actions were within the scope of a prosecutor's duties, and thus, prosecutorial immunity applied.  Dkt. No. 15 at 3-4; Dkt. No. 16.  Plaintiff points to nothing that would undermine this determination.  Accordingly, the Court **DENIES** Plaintiff's Motion for Reconsideration.  The Court's January 5, 2022 Order remains the Order of the Court, and this case remains closed.

**SO ORDERED**, this ___24___ day of ___January___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)